UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS J. HERNANDEZ,

    Plaintiff,

v.

WILLIE SMITH, et al.,

    Defendants.
_____/

Case No. 1:17-CV-327

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 10, 2018, Magistrate Judge Kent issued a Report and Recommendation recommending that the Court grant Defendant Dr. Gerlach's motion for summary judgment and dismiss Dr. Gerlach from this case. The Report and Recommendation was served on Plaintiff on August 13, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the August 10, 2018, Report and Recommendation (ECF No. 76) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Gerlach's Motion for Summary Judgment (ECF No. 57) is **GRANTED**, and Plaintiff's claims against Defendant Gerlach are **dismissed with prejudice**.

Dated: September 6, 2018                                                   /s/ Gordon J. Quist
                                                                              GORDON J. QUIST
                                                                      UNITED STATES DISTRICT JUDGE