UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS J. HERNANDEZ,

    Plaintiff,

v.                                                Case No. 1:17-CV-327

WILLIE SMITH, et al.,                    HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 30, 2018, Magistrate Judge Kent issued a Report and Recommendation (R & R) recommending that the Court grant Defendants' motion for dismissal of Plaintiff's action as a sanction for his failure to attend his deposition. The Court has reviewed the R & R. The R & R was sent to Plaintiff on October 31, 2018. After Plaintiff notified the Court that his address had changed, the R & R was resent to Plaintiff on November 14, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the October 30, 2018, Report and Recommendation (ECF No. 78) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss Plaintiff's case as a sanction for failing to appear at his deposition is **GRANTED** for the reasons set forth in the R & R.

A separate judgment will enter.

This case is **concluded**.

Dated: December 17, 2018                                  /s/ Gordon J. Quist
                                                                  GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE